*George Fearing #12970*
*Andrea J. Clare #37889*
*LEAVY, SCHULTZ, DAVIS & FEARING, P.S.*
*2415 W. Falls Avenue*
*Kennewick, WA 99336*
*509-736-1330*
*gfearing@tricitylaw.com*
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. DAVILA-MARQUEZ and ERNESTO MARQUEZ, wife and husband, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PASCO, a municipal corporation; and RYAN FLANAGAN and JANE DOE FLANAGAN, husband and wife, and ZACHARY FAIRLEY and JANE DOE FAIRLEY, husband and wife, and ROBERT METZGER, Chief of Police of the Pasco Police Department, <br><br> Defendants. | NO. CV-12-5059-LRS <br><br> AGREED PROTECTIVE ORDER |

Plaintiffs requested in discovery, from the City of Pasco, the "complete employment files for Officers Ryan Flanagan, Zachary Fairley, Anthony Haworth, Ben Majetich, and Robert Metzger." Pasco does not believe the files will lead to

Protective order - 1

relevant information.  Pasco will redact from the records the home addresses, home phone numbers, and social security numbers of the officers, and withhold from production private financial information and medical information.  Pasco is willing to produce the remaining portions of the files, provided a protective order is entered concerning the confidentiality and use of the files.

Plaintiffs requested in discovery, from the City of Pasco, any documents pertaining to complaints or grievances involving the City of Pasco Police Department in the last ten years.  Pasco does not believe the documents will lead to relevant information.  Pasco is willing to produce a list of complaints, provided a protective order is entered concerning the confidentiality and use of the files.

Notwithstanding consenting to this order, plaintiffs reserve the right to later question the validity of any redaction and any withholding of records.  Plaintiffs reserve the right to seek documents concerning complaints or grievances.  Defendants reserve the right to seek a further protective order concerning redactions, the withholding of records, and documents concerning complaints and grievances.

BASED upon the agreement of the parties and good cause,

IT IS HEREBY ORDERED that the parties' Motion For Entry of Agreed

Protective order - 2

Protective Order, ECF No. 12, is GRANTED, and defendant City of Pasco shall produce the employment files of Ryan Flanagan, Zachary Fairley, Anthony Haworth, Ben Majetich, and Robert Metzger, subject to the redactions listed above and the withholding of personal financial and medical information. Pasco shall provide plaintiffs a list identifying the records withheld. Pasco shall produce a list of complaints and grievances involving Pasco Police Department officers in the last ten years.

    IT IS FURTHER ORDERED that plaintiffs shall keep the employment files and list of complaints and grievances confidential and not distribute them to any third parties unrelated to this lawsuit. The files shall not be used for any purpose other than use in this lawsuit. Upon the completion of this litigation, plaintiffs shall destroy their copies of the files.

    DATED this 13th day of December, 2012.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge

Protective order - 3

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

1  PRESENTED BY:
2  LEAVY, SCHULTZ, DAVIS & FEARING, P.S.
   Attorneys for Defendants
3
4  /S/ George Fearing
   GEORGE FEARING #12970
5  LEAVY, SCHULTZ, DAVIS & FEARING, P.S.
6  2415 W. Falls Avenue
7  Kennewick, WA 99336
   509-736-1330
8  gfearing@tricitylaw.com
9
10
11
12 Approved:
   Notice of Presentment Waived:
13 TAMAKI LAW OFFICES
14 Attorneys for Plaintiffs

15 /s/ Vito R. De La Cruz
16 VITO R. DE LA CRUZ #20797
   1340 N. 16th Avenue, Suite C
17 Yakima, WA 98902
18 (509) 248-8338

19

20

21

22

23

24

25

26

27 Protective order - 4

28