Vito de la Cruz, WSBA No. 20797
TAMAKI LAW OFFICES
1340 N. 16th Ave., Ste. C
Yakima, WA 98902
vito@tamakilaw.com
509/248-8338
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. DAVILA-MARQUEZ and ERNESTO MARQUEZ, wife and husband,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF PASCO, a Municipal corporation, and RYAN FLANAGAN and JANE DOE FLANAGAN, husband and wife, and ZACHARY FAIRLEY and JANE DOE FAIRLEY, husband and wife, and ROBERT MEZTGER, Chief of Police of the Pasco Police Department,<br><br>Defendant(s). | NO.: CV-12-5059-LRS<br><br>DECLARATION OF VITO DE LA CRUZ IN SUPPORT OF PLAINTIFFS' REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

VITO DE LA CRUZ, upon oath, states:

DECLARATION OF VITO DE LA CRUZ
IN SUPPORT OF PLAINTIFFS' REPLY IN
OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
Page - 1

1.   I am the attorney for Plaintiffs, Maria G. Davila-Marquez and Ernesto Marquez.

2.   Attached hereto as "Exhibit 1" is a true and accurate copy of a list showing that City of Pasco and the Pasco Police Department received federal grant money to provide service to Limited English Proficiency people. Exhibit 1 was obtained from the Department of Justice, Office of Justice Programs website.

3.   Attached hereto as "Exhibit 2" is a true and accurate copy of 67 Federal Register (FR) 41455-01, entitled *Guidance to Federal Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Person*. Exhibit 2 was obtained from the Department of Justice website.

4.   Attached hereto as "Exhibit 3" is a true and accurate copy of a 2005 federal Justice Assistance Grant awarded to the City of Pasco and Franklin County in the amount of $22,068. Exhibit 3 was obtained from Department of Justice, Office of Justice Programs website.

5.   Attached hereto as "Exhibit 4" is a true and accurate copy of a 2009 American Recovery and Reinvestment Act grant awarded to the City of Pasco and Franklin County in the amount of $102,581.  Exhibit 4 was

DECLARATION OF VITO DE LA CRUZ
IN SUPPORT OF PLAINTIFFS' REPLY IN
OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
Page - 2

**Tamaki Law Offices**
1340 N. 16th Ave., Ste. C
Yakima WA 98902
509-248-8338

obtained from the Department of Justice, Office of Justice Programs website.

6.  Attached hereto as "Exhibit 5" is a true and accurate copy of a 2007 federal Justice Assistance Grant awarded to the City of Pasco and Franklin County in the amount of $17,765. Exhibit 5 was obtained from Department of Justice, Office of Justice Programs website.

7.  Attached hereto as "Exhibit 6" is a true and accurate copy of a 2009 federal Justice Assistance Grant awarded to the City of Pasco in the amount of $22,355. Exhibit 6 was obtained from the Department of Justice, Office of Justice Programs website.

8.  Attached hereto as "Exhibit 7" is a true and accurate copy of a 2006 federal Justice Assistance Grant awarded to the City of Pasco in the amount of $12,543. Exhibit 7 was obtained from the Department of Justice, Office of Justice Programs website.

9.  In reviewing defendants' answers to interrogatories, in particularly the training manuals formulated by the City of Pasco and the Pasco Police Department, there is no reference to any provision regarding services for Limited English Proficient (LEP) persons.

DECLARATION OF VITO DE LA CRUZ
IN SUPPORT OF PLAINTIFFS' REPLY IN
OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
Page - 3

**Tamaki Law Offices**
1340 N. 16th Ave., Ste. C
Yakima WA 98902
509-248-8338

10.   Undersigned counsel intends to utilize Exhibits 1-7 in discovery, which is still in its infancy.

11.   Attached hereto as "Exhibit 8" is a true and accurate copy of an e-mail conservation with George Fearing dated January 28, 2013 through January 30, 2013, regarding the amendment of the Complaint and caption.

I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA.

DATED this 31st day of January, 2013.

TAMAKI LAW OFFICES
Attorneys for Plaintiffs


By:  s/ Vito de la Cruz
      Vito de la Cruz, WSBA No. 20797
      Attorney for Plaintiffs
      TAMAKI LAW OFFICES
      1340 N. 16th Ave., Ste. C
      Yakima, WA 98902
      Telephone: (509) 248-8338
      Fax: (509) 452-4228
      Email: vito@tamakilaw.com

DECLARATION OF VITO DE LA CRUZ
IN SUPPORT OF PLAINTIFFS' REPLY IN
OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
Page - 4

Tamaki Law Offices
1340 N. 16th Ave., Ste. C
Yakima WA 98902
509-248-8338

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on January 31st, 2013, I electronically filed the foregoing with the

3

4

Clerk of the Court using CM/EFC System which will send notification of such filing to the

5

following:    gfearing@tricitylaw.com

6

clare@tricitylaw.com

7

8

kflyg@tricitylaw.com.

9

10

TAMAKI LAW OFFICES
Attorneys for Plaintiffs

11

12

13

By: _s/ Vito de la Cruz_

14

Vito de la Cruz, WSBA No. 20797
Attorney for Plaintiffs

15

TAMAKI LAW OFFICES
1340 N. 16th Ave., Ste. C

16

Yakima, WA 98902
Telephone: (509) 248-8338

17

Fax: (509) 452-4228

18

Email: vito@tamakilaw.com

19

20

21

22

23

24

25

26

27

28

DECLARATION OF VITO DE LA CRUZ
IN SUPPORT OF PLAINTIFFS' REPLY IN
OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
Page - 5

**Tamaki Law Offices**
1340 N. 16th Ave., Ste. C
Yakima WA 98902
509-248-8338