*George Fearing #12970*
*Andrea J. Clare #37889*
*LEAVY, SCHULTZ, DAVIS & FEARING, P.S.*
*2415 W. Falls Avenue*
*Kennewick, WA 99336*
*509-736-1330*
*gfearing@tricitylaw.com*
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. DAVILA-MARQUEZ and ERNESTO MARQUEZ, wife and husband, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF PASCO, a municipal corporation; and RYAN FLANAGAN and JANE DOE FLANAGAN, husband and wife, and ZACHARY FAIRLEY and JANE DOE FAIRLEY, husband and wife, and ROBERT METZGER, Chief of Police of the Pasco Police Department, <br><br>Defendants. | NO. CV-12-5059-LRS <br><br>DEFENDANTS DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FRCP 26(a)(2) |

Pursuant to the court's scheduling order, defendants disclose the following expert witnesses, who may be used at the time of trial to present evidence under FRE 702, 703, or 705.

DEFENDANTS DISCLOSURE
OF EXPERT WITNESSES - 1

1. Tom Ovens
   2203 Airport Way South, Bldg C
   Seattle, WA 98134

   Mr. Ovens has more than twenty years experience as a police officer. He is currently employed with the Seattle Police Department as a Sergeant supervising a squad of police officers. Mr. Ovens has extensive experience in patrol work and officer training. He is a certified police instructor and has testified as an expert in various state and federal cases. Mr. Ovens will testify in regarding the officers conduct on May 21, 2009.

   Tom Ovens is available for deposition on the following dates and times:

   March 28 (pm)           June 10-11
   April 30 (pm)           June 13
   May 2 (pm)              June 14 (pm)
   May 7 (pm)

Attachments:

Exhibit 1 - Report of Tom Ovens, dated March 6, 2013, which includes a list of publications authored, a list of all other cases in which Mr. Ovens testified as an expert witness, at trial or by deposition, as well as a statement of Tom Ovens rate of compensation to be paid in the case.

Exhibit 2 - *Curriculum Vitae* of Tom Ovens

2. Dr. Dennis R. Pollack, Ph.D.
   709 Hutton Bldg.
   9 South Washington
   Spokane, WA 99201

   Dr. Pollack is a recognized expert in the field of forensic and vocational evaluations. He has performed more than 3500 forensic evaluations including

DEFENDANTS DISCLOSURE
OF EXPERT WITNESSES - 2

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

neuropsychological evaluations. Dr. Pollack has performed psychotherapy with children, adolescents, and adults, and conducted research on the effects of context on personality tests, intelligence tests, and neuropsychological tests. Dr. Pollack will testify regarding his evaluation of plaintiff, the existence of any post traumatic stress symptoms resulting from the May 21, 2009 event, and any opinions drawn therefrom.

Dr. Pollack is available for deposition on the following dates and times:

| | |
|---|---|
| March 28 | May 7-9 |
| April 29-30 | May 15 |
| April 12 | |
| April 15 | |

Attachments:

Exhibit 1 - Report of Dr. Dennis Pollack, dated March 7, 2013.

Exhibit 2 - *Curriculum Vitae* of Dr. Dennis Pollack which includes a list of any publications authored by Dr. Pollack and a list of all expert testimony he has provided in the last four years.

Exhibit 3 - Statement of Dr. Pollack's rate of compensation to be paid in the case.

DATED this 7th day of March, 2013.

///

DEFENDANTS DISCLOSURE
OF EXPERT WITNESSES - 3

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

*[signature: Andrea Clare]*

ANDREA CLARE
WSBA NO. 37889
Attorney for Defendants
LEAVY, SCHULTZ,
 DAVIS & FEARING, P.S.
2415 West Falls Avenue
Kennewick, WA 99336
Telephone: (509) 736-1330
Fax: (509) 736-1580
Email: clare@tricitylaw.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Hearing with the Clerk of the U.S. District Court, on March 7, 2013, using the CM/ECF System, which will send notification of such filing to the following: Vito de la Cruz of Tamaki Law Offices.

S/ ANDREA J. CLARE

DEFENDANTS DISCLOSURE
OF EXPERT WITNESSES - 4