AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MARIA G. DAVILA-MARQUEZ and ERNESTO MARQUEZ, wife and husband,

                Plaintiffs,

                v.

CITY OF PASCO, a municipal corporation; and RYAN FLANAGAN and JANE DOE FLANAGAN, husband and wife, and ZACHARY FAIRLEY and JANE DOE FAIRLEY, husband and wife, and ROBERT METZGER, Chief of Police of the Pasco Police Department, Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5059-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims against Defendant Robert Meztger are dismissed with prejudice pursuant to Order Re Defendants' Motion for Partial Summary Judgment entered March 18, 2013, ECF No. 28.

March 18, 2013  
*Date*

SEAN F. McAVOY  
*Clerk*

s/ Cora Vargas  
*(By) Deputy Clerk*

Cora Vargas