UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. DAVILA-MARQUEZ and ERNESTO MARQUEZ, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PASCO, a municipal corporation; and RYAN FLANAGAN and JANE DOE FLANAGAN, husband and wife, and ZACHARY FAIRLEY and JANE DOE FAIRLEY, husband and wife, and ROBERT METZGER, Chief of Police of the Pasco Police Department,<br><br>Defendants. | NO.  CV-12-5059-LRS<br><br>2nd AGREED PROTECTIVE ORDER |

Plaintiffs requested in discovery, from the defendants, all psychological testing materials utilized by defense expert, Dr. Dennis Pollack, during his evaluation of Maria Davila-Marquez. However, the psychological and diagnostic testing materials used by Dr. Pollack were purchased from NCS Pearson, Inc., under contractual restrictions, only for use by qualified professional practitioners.

2nd Agreed Protective Order - 1

Testing materials published and/or distributed by NCS Pearson, Inc. are protected by copyright and trade secret law. The copyright protection accorded to the test has been upheld in Federal Court (See *Applied Innovations, Inc., v Regents of the University of Minnesota and National Computer Systems. Inc*., 876 F.2d 626 (8th Cir. 1989)).  Further, none of the exclusive rights accorded to a copyright owner by the United States Copyright Act, including, the right to reproduce, copy, distribute, or publish, may be exercised with respect to copyrighted testing materials without the express written permission of Pearson. The defendants are willing to produce such copyrighted testing materials, provided a protective order is entered concerning the intended disclosure, use, and return of said materials.

BASED upon the agreement of the parties and good cause,

IT IS HEREBY ORDERED that the Motion For Entry Of 2nd Agreed Protective Order, ECF No. 30, is GRANTED, and defendants shall produce the trade secret psychological testing materials utilized by Dr. Dennis Pollack provided that  plaintiff's counsel adhere to the following:

1. Access to the testing materials and testimony regarding such materials is restricted to plaintiff's counsel, staff, and/or plaintiff's psychological expert;

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

2. Plaintiff's counsel, staff and/or plaintiff's expert shall not further duplicate any of the testing materials produced;

3. The testing materials may only be used for the limited purposes in connection with this specific case;

4. To the extent any portion of such materials are disclosed in pleadings, testimony, or other documents, such records shall be filed under seal;

IT IS FURTHER ORDERED that plaintiffs shall keep all such testing materials referenced herein confidential and not distribute them to any third parties unrelated to this lawsuit.  The materials shall not be used for any purpose other than use in this lawsuit.  Upon the completion of this litigation, plaintiff shall promptly return all such testing materials directly to Dr. Dennis Pollack.

DATED this 13th day of May, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge

2nd Agreed Protective Order - 3

**Leavy, Schultz, Davis & Fearing, P.S.**
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580