*Andrea J. Clare #37889*
*LEAVY, SCHULTZ, DAVIS & FEARING, P.S.*
*2415 W. Falls Avenue*
*Kennewick, WA 99336*
*509-736-1330*
*clare@tricitylaw.com*
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. DAVILA-MARQUEZ and ERNESTO MARQUEZ, wife and husband,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF PASCO, a municipal corporation; and RYAN FLANAGAN and JANE DOE FLANAGAN, husband and wife, and ZACHARY FAIRLEY and JANE DOE FAIRLEY, husband and wife, and ROBERT METZGER, Chief of Police of the Pasco Police Department,<br><br>　　　　　　Defendants. | NO. CV-12-5059-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　THIS MATTER coming on before the court upon the above and foregoing Stipulation for Dismissal with Prejudice, ECF No. 38, and it appearing to the court that the same is in order,

NOW, THEREFORE,

ORDER OF DISMISSAL- 1

**Leavy, Schultz, Davis, Clare & Ruff, P.S.**
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be, and the same hereby is, dismissed with prejudice and without costs and/or attorney's fees to either party hereto.  The Clerk is directed to Close this file.

DONE BY THE COURT this 23rd day of July, 2013.

*s/Lonny R. Suko*

_____
HONORABLE  LONNY R. SUKO
U.S. District Court Judge

Presented by:
LEAVY, SCHULTZ, DAVIS, CLARE & RUFF, P.S.
Attorneys for Defendants


BY: /s/ ANDREA J. CLARE
     ANDREA J. CLARE
     WSBA NO. 37889



TAMAKI  LAW OFFICES
Attorneys for Plaintiffs


BY: /s/ VITO de la CRUZ
     VITO de la CRUZ
     WSBA NO. 20797

ORDER OF DISMISSAL- 2

s/ <u>ANDREA J. CLARE</u>
ANDREA J. CLARE, WSBA NO. 37889
Attorney for Defendants
Leavy, Schultz, Davis, Clare & Ruff, P.S.
2415 West Falls Avenue
Kennewick, WA 99336
Telephone: (509) 736-1330
Fax: (509) 736-1580
Email: clare@tricitylaw.com

ORDER OF DISMISSAL- 3